# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

FILED
2023 JAN 17 AM 9:45
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

Case No. 8:23 CV 105 TPB-SPF
*(to be filled in by the Clerk's Office)*

**CHRISTOPHER HUTCHESON**
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

**HEARING OFFICER ARABELLA CAMPBELL**
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: CHRISTOPHER HUTCHESON
   Address: 726 CALIENTE DR.
   City: BRANDON  State: FL  Zip Code: 33511
   County: HILLSBOROUGH
   Telephone Number: (813) 407-1185
   E-Mail Address: CHRISENKI@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: ARABELLA CAMPBELL
   Job or Title (if known): CHILD SUPPORT HEARING OFFICER
   Address:
   City:  State:  Zip Code:
   County: HILLSBOROUGH
   Telephone Number:
   E-Mail Address (if known):
   [✓] Individual capacity   [ ] Official capacity

   Defendant No. 2
   Name:
   Job or Title (if known):
   Address:
   City:  State:  Zip Code:
   County:
   Telephone Number:
   E-Mail Address (if known):
   [ ] Individual capacity   [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Address

  |     |     |     |
  | City | State | Zip Code |

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address

  |     |     |     |
  | City | State | Zip Code |

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  5TH AMENDMENT: DEPRIVATION OF LIFE, LIBERTY, AND PROPERTY WITHOUT DUE PROCESS OF LAW.
  14TH AMENDMENT: FUNDAMENTAL RIGHT TO DIRECT THE CARE, UPBRINGING, AND EDUCATION OF MY CHILD WITHOUT GOVERNMENTAL INTEREFERENCE

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. HEARING OFFICER CAMPBELL WAS ACTING UNDER COLOR OF LAW DURING ZOOM HEARING FOR MOTION TO CONTEST DRIVER'S LICENSE SUSPENSION WHEN SHE TACITLY ADMITTED THEY HAVE NO EVIDENCE THAT MY SON'S MOTHER PROVIDES FOR MY CHILD AS WELL.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

HILLSBOROUGH COUNTY VIA ZOOM HEARING

B. What date and approximate time did the events giving rise to your claim(s) occur?

FEBRUARY 9, 2022 APPROXIMATELY 3:45 PM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* HEARING OFFICER ARABELLA CAMPBELL DENIED ME DUE PROCESS OF LAW DURING HEARING TO CONTEST DRIVER'S LICENSE SUSPENSION. WHEREAS, KEVIN MCNAMARA FROM THE DEP. OF REVENUE ATTORNEY GENERAL OFFICE DID NOT AND COULD NOT PRODUCE ANY EVIDENCE TO SHOW THE IDENTITY OF ALLEGED OBLIGOR OR ANY CONTRACT TO PROVE I'M THE ALLEGED OBLIGOR, NOR WAS HE ABLE TO PRODUCE ANY EVIDENCE THAT THE MOTHER IS SUPPORTING OR EVER HAS SUPPORTED THE CHILD. WHEN I ASKED HEARING OFFICER CAMPBELL, "WHAT EVIDENCE DO YOU HAVE THAT THE MOTHER IS PROVIDING FOR THE CHILD AS WELL?" SHE RESPONDED, "THE CHILD IS ALIVE." THIS STATEMENT FROM HEARING OFFICER CAMPBELL WAS HER TACIT ADMISSION THAT THERE IS NO EVIDENCE THAT THE MOTHER WHO IS COMMITTING WELFARE FRAUD HAS EVER PROVIDED FOR THE CHILD.

Page 4 of 6

Despite the lack of evidence that I'm obligated to pay CSE and lack of evidence that the child lives with the mother, Hearing Officer Campbell had my driver's license suspended, effectively denying me due process, and depriving me of life, liberty, and property. Hearing Officer Campbell's judgement has been malicious and purely biased as evidenced by her tacit admission that there is no evidence, that the mother provides for the child at all.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. AS A RESULT OF HEARING OFFICER ARABELLA CAMPBELL'S BIAS AND EGREGIOUS ACTIONS I HAVE EXPERIENCED EXTREME CREDIT DAMAGE, EXTREME HARDSHIPS, EXTREME POVERTY, EXTREME INTERMITTENT HUNGER, PSYCHOLOGICAL AND EMOTIONAL PAIN AND SUFFERING, EXTREME EMBARRASSMENT, REDUCED SEXUAL PLEASURE, SLEEPLESSNESS, AND FAMILY SEPARATION. DUE TO HEARING OFFICER ARABELLA CAMPBELL'S MALICIOUS ACTIONS I NOW REQUIRE PSYCHOLOGICAL TREATMENT THAT I CANNOT AFFORD.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I'M SEEKING MONETARY DAMAGES IN THE AMOUNT OF $8,000 FOR PSYCHOLOGICAL HARM. $40,000 FOR LOSS OF WAGES AND $20,000 IN PUNITIVE DAMAGES TO FURTHER PUNISH HEARING OFFICER CAMPBELL FOR HER MALICIOUS BEHAVIOR THAT IS BECOMING A HABIT FOR HER AS EVIDENCED BY PREVIOUS LAWSUITS BROUGHT AGAINST HER BY OTHER FATHER'S THAT SHE DENIED DUE PROCESS TO AS WELL.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/17/23

Signature of Plaintiff: [signed]
Printed Name of Plaintiff: CHRISTOPHER HUTCHESON

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
         City / State / Zip Code
Telephone Number _____
E-mail Address _____