UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER HUTCHESON,

    Plaintiff,

v.                                   Case No. 8:23-cv-105-TPB-SPF

ARABELLA CAMPBELL,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    This matter is before the Court on consideration of the report and recommendation of Sean P. Flynn, United States Magistrate Judge, entered on February 13, 2023. (Doc. 5). Judge Flynn recommends that *pro se* Plaintiff's "Application to Proceed in District Court Without Prepayment of Fees or Costs" construed as a motion to proceed *in forma pauperis* (Doc. 2) be denied. Judge Flynn further recommends that the Court *sua sponte* dismiss Plaintiff's Complaint (Doc. 1) with prejudice for failure to state a claim. No objection has been filed, and the time to object has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th

Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Flynn's report and recommendation, the Court adopts the report and recommendation. The Court agrees with Judge Flynn's well-reasoned factual findings and conclusions. Consequently, the motion for default judgment is granted in part and denied in part.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Flynn's report and recommendation (Doc. 5) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) Plaintiff's construed motion to proceed *in forma pauperis* is **DENIED**; and

(3) Plaintiff's Complaint (Doc. 1) is **DISMISSED** with prejudice for failure to state a claim.

(6)   The Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 3rd day of March, 2023.

*/s/ Tom Barber/*

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**